# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

**MARGARET "PEGGY" SEDIVY,**          Civil No. 05-083-S-EJL

    Plaintiff,                             JUDGMENT

vs.

**CITY OF BOISE,**

    Defendant.

Based upon this Court's Memorandum Order, dated June 28, 2006, and with the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendant and this case is DISMISSED IN ITS ENTIRETY.

DATED: **June 28, 2006**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT- PAGE 1